AO 91 (rev.11/11) Criminal Complaint                           AUTHORIZED AND APPROVED DATE: s/Travis Leverett 5/3/2023

# United States District Court
### for the

_____WESTERN_____  _____DISTRICT OF _____  _____OKLAHOMA_____

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No: M-23- **284**     -STE |
| Jessy Fausto Cifuentes, | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about April 2022, through on or about May 1, 2023, in the county of Oklahoma, in the Western District of Oklahoma, and elsewhere, the defendants violated:

_Code Section_

18 U.S.C. § 1956(h)

_Offense Description_

Money Laundering Conspiracy

This criminal complaint is based on these facts:

See attached Affidavit of Task Force Officer, Dion Porter, FBI which is incorporated and made a part hereof by reference.

☒  Continued on the attached sheet.

_____
Dion Porter
Task Force Officer
FBI

Sworn to before me and signed in my presence.

Date: _____**May 3, 2023**_____

_____**Lawton, OK**_____
City and State: ~~[redacted]~~

_____
_Judge's signature_

Shon T. Erwin, U.S. Magistrate Judge _____
_Printed name and title_

**WESTERN DISTRICT OF OKLAHOMA**

**OKLAHOMA CITY, OKLAHOMA**

**STATE OF OKLAHOMA**          )
                              )
**COUNTY OF OKLAHOMA**        )


**AFFIDAVIT**

I, Dion Porter, a Task Force Officer ("TFO") of the Federal Bureau of Investigation ("FBI"), Oklahoma City Division, being duly sworn, depose and state as follows:

1.      I am a TFO with the FBI and I am empowered to conduct investigations and make arrest for the offenses in 18 U.S.C. § 2516. In addition, I am an Investigator with the Oklahoma City Police Department ("OCPD") and have been employed as a peace officer with them since September 2002. During my career, I have been involved in a wide variety of investigative matters, including numerous investigations targeting large criminal enterprises, many of which involved the unlawful distribution of narcotics and associated laundering of drug proceeds.   As part of my drug trafficking and money laundering related investigations with the FBI, I have coordinated the execution of search and arrest warrants, conducted physical surveillance, coordinated controlled purchases, analyzed records documenting the sale of drugs, and spoken with informants and other law enforcement officers about how drug dealers obtain, finance, store, manufacture, transport, and distribute drugs.   I have also participated in numerous federal wiretap investigations targeting drug trafficking organizations ("DTOs") and associated money laundering organizations ("MLOs").

1

2.      The facts herein are based upon my personal knowledge, knowledge obtained from other law enforcement personnel, review of documents and recordings related to this investigation, communications with other individuals who have personal knowledge of the events described herein, and information gained through training and experience.   Since this affidavit is being submitted for the limited purpose of seeking a complaint and arrest warrant, I have not included every fact known to me concerning this investigation.   Rather I have set forth only the facts I believe are essential to establish the foundation necessary to support the complaint and arrest warrant.

## PURPOSE OF AFFIDAVIT

3.      I make this affidavit in support of a criminal complaint and arrest warrant for **Jessy Fausto Cifuentes** ("**CIFUENTES**") for engaging in a money laundering conspiracy in violation of 18 U.S.C. § 1956(h).

## PROBABLE CAUSE

4.      Since April of 2022, OCPD and FBI have conducted a joint investigation into a Mexico-based drug cartel currently operating within the Western District of Oklahoma (the "DTO").   The DTO utilizes a network of operatives within the United States, including **CIFUENTES**, to collect and launder drug proceeds (the "MLO").

5.      In July of 2022, agents and task force officers planned and executed a controlled buy of one pound of methamphetamine from a subject now known to be Christopher CASTRO.   After the controlled buy from CASTRO, investigators conducted further research into him and found that he utilized a cell phone containing the number 405-900-3369.   Toll analysis was completed on this number, and it showed to be in contact

2

with cell phone number 405-679-1016, 321 times between August 22, 2022 and November 25, 2022.  This was a number that was the fourth highest caller to the 3369 number and was later discovered to be the cell phone number of **CIFUENTES**.  CASTRO was later arrested and pleaded guilty to distribution of methamphetamine before United States District Judge David L. Russell on April 5, 2023.  When he was arrested, CASTRO was found to be in possession of two cell phones, one of which he tried to destroy during the execution of that search warrant.  During searches of CASTRO's phones, investigators found a WhatsApp photo, containing the number 405-679-1016 of **CIFUENTES** in one of the cell phones. This identified a second time that the number belonged to **CIFUENTES**.

6.    In November 2022, FBI developed a cooperating defendant ("CD1").[1]  At the time of his/her arrest, CD1 worked as a drug and money courier for the DTO in Oklahoma City.  After his/her arrest, CD1 agreed to cooperate with law enforcement and participated in a rule 11 meeting with investigators.  During that meeting, CD1 described how he/she received directions via cell phone from his/her boss in the DTO who operated from Mexico.  CD1 was shown a photograph of **CIFUENTES** and identified **CIFUENTES** as a person (whose name he/she did not know) who CD1 dropped off between $6,000 to 7,000 dollars in drug proceeds to at the direction of his/her Mexico-

---

[1]    Like each of the cooperating defendants discussed in this affidavit, CD1 was charged in a drug related case.  Each of the cooperating defendants discussed herein agreed provide information to investigators in hopes of receiving consideration for his/her ultimate sentence.

based boss.   CD1 said that he had met **CIFUENTES** at a parking lot in Oklahoma City to hand off the drug proceeds to **CIFUENTES.**

7.    In February 2023, the FBI developed a second cooperating defendant ("CD2").   At the time of CD2's arrest, he/she was transporting a large load of methamphetamine bound for Oklahoma.   CD2 agreed to cooperate with law enforcement and detailed his/her work for the DTO in Oklahoma City.   During a meeting with CD2, task force officers showed CD2 a photograph of **CIFUENTES** and CD2 identified the photograph as **CIFUENTES**.   CD2 advised that **CIFUENTES** was one of two main people that he/she dropped off drug proceeds to that would collect money for the DTO on a regular basis.   CD2 said that **CIFUENTES** worked at a store at 1001 N. Virginia, La Tienda Guatemala, and that the store was owned by the father of **CIFUENTES**.   CD2 stated that **CIFUENTES** would utilize the money remitter service inside store to send drug proceeds to DTO associates in Mexico.   CD2 said that **CIFUENTES** would send the money in small increments and always use fictitious names as the sender in an attempt to thwart law enforcement.   CD2 also said that **CIFUENTES** would also operate away from the store, using a laptop computer that he shares with his partner, to remit money back to Mexico on behalf of DTO.

8.    In April 2023, FBI met with a third cooperating defendant ("CD3").   At the time of his/her arrest, CD3 was a drug and money courier operating in Oklahoma City at the direction of the DTO.   During this meeting with law enforcement, CD3 was shown a photograph of **CIFUENTES** and identified **CIFUENTES** as a person who CD3 had given eleven pounds of methamphetamine to approximately two weeks before CD3's arrest,

4

during the month of October 2022. These eleven pounds were given to **CIFUENTES** by CD3 at the direction of a subject that was also working for the DTO and was operating in the Oklahoma City area as a local supervisor for the DTO.   When discussing his/her meeting with **CIFUENTES**, CD3 described a vehicle that **CIFUENTES** has been surveilled operating in detail prior to being shown a photograph of the actual vehicle, which CD3 positively identified.   Based on surveillance, I believe that **CIFUENTES** continues to operate this vehicle.

9.    On May 1, 2023, **CIFUENTES** was observed by electronic surveillance meeting with Gerardo SANTILLAN at La Tienda Guatemala.   SANTILLAN is currently subject to a federal arrest warrant for engaging in a money laundering conspiracy that was signed by Magistrate Judge Shon T. Erwin on May 2, 2023.   Before his meeting with SANTILLAN, **CIFUENTES** was seen on video surveillance exiting La Tienda Guatemala empty-handed.   He then entered SANTILLAN's car in the parking lot, stayed in the car for approximately three minutes, and then exited SANTILLAN's car carrying something in his left hand while walking back into the store.   CD2, while cooperating with investigators, said that SANTILLAN would regularly travel to La Tienda Guatemala to drop off drug proceeds to **CIFUENTES** so that **CIFUENTES** could put money into the remitter service for the DTO.   Based on my training and experience, I believe that this is what occurred on May 1, 2023.

## CONCLUSION

17.   Based upon my training, experience, and the forgoing information, I believe there is probable cause that **Jessy Fausto CIFUENTES** engaged in a money laundering

5

conspiracy in violation of 18 U.S.C. § 1956(h). It is therefore requested that an arrest warrant be issued.

Dion Porter
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me this **3rd** day of May 2023 in Oklahoma City, Oklahoma.

SHON T. ERWIN
United States Magistrate Judge

6