# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty        Misdemeanor        Felony        USAO No.:_____        Case No.:__MJ-23-284-STE_____ __ _____

Charging Document:_____        No. of Defendants: __ _        Total No. of Counts:____        Sealed:  Y

Forfeiture:  Y          OCDETF:  Y          McGirt:  Y          Warrant        Summons        Notice          N

　　　　　　　N　　　　　　　N　　　　　　　N          Companion Case No. (if any):_____

**DEFENDANT INFORMATION:**                                                    By:_____

| Name: |  |
|---|---|
| Alias(es): | Address: |
|  | FBI No.: |
| DOB:          SSN: | Race:          Interpreter: Y      N |
| Sex:   M      F          Juvenile:  Y      N | Language/Dialect: |

**DEFENDANT STATUS/RECOMMENDATION:**

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| Not in Custody          Detention Requested | Complaint:      Y          N |
|---|---|
| Type of Bond:_____ | Magistrate Judge Case No.: MJ- |
| In Custody at:_____ |  |
| Inmate/Prisoner/Register No.:_____ | Previously Detained:      Y          N |

**ATTORNEY/AGENCY INFORMATION:**

| Public Defender | Name: _____ | AUSA: _____ |
|---|---|---|
| CJA Panel | Address: _____ | Agent /Agency: _____ |
| Retained | _____ |  |
|  | Phone: _____ | Local Officer/Agency:_____ |

## CHARGING DETAILS

| **Count(s)** | **U.S.C. Citation(s)** | **Offense(s) Charged** | **Penalty** |
|---|---|---|---|
|  |  |  |  |

**Signature of AUSA:** _____        **Date:** _____