IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**FILED**

JUL 19 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY_____,DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. **CR 23-292 PRW** |
| | ) | |
| JESSY FAUSTO CIFUENTES, JR., | ) | Violation:   18 U.S.C. § 1956(h) |
| GERARDO SANTILLAN, and | ) | |
| LUIS ALFREDO CHAVARRIA GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

**I N D I C T M E N T**

The Federal Grand Jury charges:

**COUNT 1**
**(Money Laundering Conspiracy)**

From in or about January 2023, the exact date being unknown to the Grand Jury,

and continuing thereafter through on or about June 27, 2023, in the Western District of

Oklahoma and elsewhere,

--------------------------- **JESSY FAUSTO CIFUENTES, JR.,**
**GERARDO SANTILLAN, and**
**LUIS ALFREDO CHAVARRIA GARCIA** ----------------------

knowingly and intentionally combined, conspired, and agreed with each other and others,

both known and unknown to the Grand Jury, to interdependently conduct financial

transactions affecting interstate commerce in violation of Title 18, United States Code,

Section 1956(h), namely to knowingly transport, transmit, or transfer, or attempt to

transport, transmit, or transfer a monetary instrument or funds from a place in the United

States to or through a place outside the United States, knowing that the transactions were designed with the intent to promote the carrying on of a specified unlawful activity—that is, the felonious buying, selling, and dealing in controlled substances and conspiring to do the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, both specified unlawful activities, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

All in violation of Title 18, United States Code, Section 1956(h), the penalty for which is found at Title 18, United States Code, Section 1956(a)(2).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

TRAVIS LEVERETT
Assistant United States Attorney

2