# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

PRW

Court

CR 23-292

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.:_____   Case No.:_____

Charging Document: **Indictment**   No. of Defendants: __3__   Total No. of Counts: __1__   Sealed: Y ☐

Forfeiture: Y ☐   OCDETF: Y ☑   McGirt: Y ☐   Warrant ☐   Summons ☐   Notice ☑   N ☑
N ☑   N ☐   N ☑   Companion Case No. (if any):_____

**DEFENDANT INFORMATION:**   By: **cb**

| Name: **JESSY FAUSTO CIFUENTES, JR.** | JUL 1 9 2023 |
|---|---|

| Alias(es): | Address: |
|---|---|
| | FBI No.: |

| DOB: 1972 | SSN: XXX-XX-9756 | Race: Hispanic | Interpreter: Y ☑  N ☐ |
|---|---|---|---|
| Sex:  M ☑  F ☐ | Juvenile:  Y ☐  N ☑ | Language/Dialect: Spanish | |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| ☑ Not in Custody          ☐ Detention Requested | Complaint:    Y ☑    N ☐ |
|---|---|
| ☑ Type of Bond: Unsecured | Magistrate Judge Case No.: MJ- 23-284-STE |
| ☐ In Custody at:_____ | |
| Inmate/Prisoner/Register No.:_____ | Previously Detained:    Y ☐    N ☑ |

## ATTORNEY/AGENCY INFORMATION:

| ☐ Public Defender | Name: Marna Franklin | AUSA: Travis Leverett |
|---|---|---|
| ☑ CJA Panel | Address: 620 N. Robinson, Suite 203  Oklahoma City, OK 73102 | Agent /Agency:  FBI |
| ☐ Retained | Phone:  (405) 239-2726 | Local Officer/Agency:_____ |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 18 U.S.C. § 1956(a)(2) - NMT 20 years imprisonment; $500,000 fine or twice the value of the funds involved in the transfer, whichever is greater; or both; NMT 3 years S/R; $100 S/A |

# RECEIVED

JUL 1 9 2023

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Signature of AUSA: s/Travis Leverett          Date: 07/19/2023

1/22