# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

**PRW**

**CR 23-292**

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: **CR 23-292**

Charging Document: **Indictment**    No. of Defendants: **3**   Total No. of Counts: **1**   Sealed: Y ☐

Forfeiture: Y ☐   OCDETF: Y ☑   McGirt: Y ☐    Warrant ☐  Summons ☐  Notice ☑   N ☑

N ☑      N ☐      N ☑    Companion Case No. (if any): _____

### DEFENDANT INFORMATION:

By: **cb**

| Name: **GERARDO SANTILLAN** | JUL 19 2023 |
|---|---|

| Alias(es): | Address: |
|---|---|
|  | FBI No.: |

| DOB: 1972 | SSN: XXX-XX-9756 | Race: Hispanic | Interpreter: Y ☑   N ☐ |
|---|---|---|---|
| Sex:   M ☑   F ☐ | Juvenile:  Y ☐   N ☑ | Language/Dialect: Spanish | |

### DEFENDANT STATUS/RECOMMENDATION:

### PRIOR MAGISTRATE JUDGE PROCEEDINGS:

☑ Not in Custody          ☐ Detention Requested

☑ Type of Bond: Unsecured

☐ In Custody at: _____

Inmate/Prisoner/Register No.: _____

Complaint:   Y ☑      N ☐

Magistrate Judge Case No.: MJ- 23-281-STE

Previously Detained:  Y ☐   N ☑

### ATTORNEY/AGENCY INFORMATION:

☐ Public Defender

☑ CJA Panel

☐ Retained

Name: Marna Franklin

Address: 620 N Robinson, Suite 203

Oklahoma City, OK 73102

Phone: (405) 239-2736

AUSA: Travis Leverett

Agent /Agency:  FBI

Local Officer/Agency: _____

### CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 18 U.S.C. § 1956(a)(2) - NMT 20 years imprisonment; $500,000 fine or twice the value of the funds involved in the transfer, whichever is greater; or both; NMT 3 years S/R; $100 S/A |

# RECEIVED

JUL 19 2023

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Signature of AUSA: s/Travis Leverett          Date: 07/19/2023

1/22