# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

PRW

CR 23-292

Petty ☐  Misdemeanor ☐  Felony ✓  USAO No.: _____  Case No.: CR 23-292

Charging Document: **Indictment** _____  No. of Defendants: **3**  Total No. of Counts: **1**  Sealed: Y ☐

Forfeiture: Y ☐  OCDETF: Y ✓  McGirt: Y ☐  Warrant ✓  Summons ☐  Notice ☐  N ✓

N ✓  N ☐  N ✓  Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**

By: **cb**

| | |
|---|---|
| Name: **Luis Alfredo Chavarria Garcia** | JUL 1 9 2023 |

| | |
|---|---|
| Alias(es): | Address: Oklahoma City OK 73108 |
| | FBI No.: |

| DOB: 1988 | SSN: XXX-XX-XXX | Race: Black | Interpreter: Y ☐  N ✓ |
|---|---|---|---|
| Sex: M ✓  F ☐ | Juvenile: Y ☐  N ✓ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**

✓ Not in Custody  ✓ Detention Requested

☐ Type of Bond: _____

☐ In Custody at: _____

Inmate/Prisoner/Register No.: _____

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

Complaint:  Y ✓  N ☐

Magistrate Judge Case No.: MJ- 23-492-SM

Previously Detained:  Y ☐  N ✓

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender  Name: _____

☐ CJA Panel  Address: _____

☐ Retained  Phone: _____

AUSA: __Travis Leverett__

Agent /Agency: __FBI__

Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 18 U.S.C. § 1956(a)(2) - NMT 20 years imprisonment; $500,000 fine or twice the value of the funds involved in the transfer, whichever is greater; or both; NMT 3 years S/R; $100 S/A |

# RECEIVED

JUL 1 9 2023

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Signature of AUSA: s/Travis Leverett _____

Date: 07/19/2023 _____

1/22